UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELIZABETH TRAN,<br><br>Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC, et al.,<br><br>Defendants. | Case No. 5:15-cv-05126-EJD<br><br>**ORDER TO SHOW CAUSE** |

On December 14, 2015, several defendants filed two motions to dismiss Plaintiff Elizabeth Tran's ("Plaintiff") Complaint. See Docket Item Nos. 9, 12. These motions were served on Plaintiff by mail at the address listed on her pleadings. Pursuant to Civil Local Rule 7-3, an opposition to the motions should have been filed on or about December 31, 2015. As of the date and time this order was filed, however, Plaintiff has not filed an opposition or otherwise responded to the motions.

Accordingly, the court hereby issues an order to show cause why this action should not be dismissed for failure to prosecute. If Plaintiff does not, by **February 12, 2016**, demonstrate good cause in writing why this case should not be dismissed, the court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b). No hearing will be held on the order to show cause unless otherwise ordered by the court.

**IT IS SO ORDERED.**

Dated: January 29, 2016

_____
EDWARD J. DAVILA
United States District Judge