United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ELIZABETH TRAN,

    Plaintiff,

    v.

NATIONSTAR MORTGAGE LLC, et al.,

    Defendants.

Case No. 5:15-cv-05126-EJD

**ORDER VACATING CASE MANAGEMENT CONFERENCE**

    In light of the pending motions to dismiss (Dkt. Nos. 9, 12), the Case Management Conference scheduled for April 14, 2016, is VACATED and will be reset, if necessary, upon resolution of the motions.

**IT IS SO ORDERED.**

Dated: April 8, 2016

_____
EDWARD J. DAVILA
United States District Judge

1

Case No.: 5:15-cv-05126-EJD
ORDER VACATING CASE MANAGEMENT CONFERENCE