Le T. Duong (SBN 297662)
Email: lduong@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 659 4804
Facsimile: +1 415 391 8269

Attorney for Defendant(s)
Countrywide Home Loans, Inc.,
Bank of America N.A. for itself and as successor by
merger to BAC Home Loans Servicing, LP f/k/a
Countrywide Home Loans Servicing, LP, and
ReconTrust Company, N.A.


Elizabeth Tran
The ELIZABETH TRAN ESTATE™
C/O: 1090 South Milpitas Boulevard, #116
Milpitas, the State of California (95035)
Santa Clara County

The Plaintiff, *sui juris* in propria persona


## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| Elizabeth Tran, | ) Case Number: 5:15-cv-05126-EJD |
| | ) |
| Plaintiff | ) |
| | ) Judge: The Honorable Edward J. Davila |
| v. | ) |
| | ) **JOINT NOTICE OF DISMISSAL** |
| NATIONSTAR MORTGAGE LLC, et al., | ) |
| | ) In matters of: Docket No. 37 |
| Defendant(s). | ) |
| | ) |

WHEREAS, on or about April 15, 2016, the Court dismissed the litigation with and

without prejudice.  The Judgment [Docket No. 37] was entered in favor of Defendant(s) on the

- 1 -

Plaintiff's Civil Rights claim and the Plaintiff's other causes of action were dismissed without prejudice.

Today, May 24, 2016, the Parties request that the Court enter an order dismissing with prejudice all claims for relief asserted in this case by the Plaintiff against each of the Defendant(s) Bank of America, National Association, in its individual capacity and as successor by merger to BAC HOME LOAN SERVICING, L.P., *f/k/a* COUNTRYWIDE HOME LOAN SERVICING, L.P., ReconTrust Company, N.A., Countrywide Home Loans, Inc.

Today's Date: May 24, 2016, A.D.                   By: */s/ Elizabeth Tran*          [U.C.C. 1-308]
                                                        Elizabeth Tran, a wo(man), *sui juris*
                                                        The Plaintiff, in propria persona
                                                        A Non-Adverse Party.

Today's Date: May 24, 2016                          By: */s/ Le T. Duong*
                                                        Le T. Duong, Esq.
                                                        Attorneys for Defendant(s)
                                                        Countrywide Home Loans, Inc.,
                                                        Bank of America N.A. for itself and
                                                        as successor by merger to BAC
                                                        Home Loans Servicing, LP f/k/a
                                                        Countrywide Home Loans Servicing,
                                                        LP, and ReconTrust Company, N.A.

///
///
///
///
///
///
///
///
///

- 2 -

## ORDER

Pursuant to the foregoing this Court dismisses the entire case with prejudice in favor of the Defendant(s) Bank of America, National Association, in its individual capacity and as successor by merger to BAC HOME LOAN SERVICING, L.P., *f/k/a* COUNTRYWIDE HOME LOAN SERVICING, L.P., ReconTrust Company, N.A., Countrywide Home Loans, Inc.

**IT IS SO ORDERED.**

Dated: 6/10/2016

EDWARD J. DAVILA
United States District Judge